UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS LOFTIS,

                Plaintiff,

      v.

HOTEL INTERURBAN
INCORPORATED, et al.,

                Defendants.

Case No. C26-1067-RAJ

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP), Dkt. 4, is deficient. He failed to date and sign the Written Consent for Payment of Costs portion of the form, and he does not indicate any monthly expenses for shelter. *See id.* at 2. Plaintiff must submit a revised, signed IFP application and written consent within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information and, if he has no means of support, he must explain how he is able to meet all basic monthly expenses, including shelter. Failure to comply

/ / /

/ / /

MINUTE ORDER - 1

may result in denial of IFP and/or dismissal.

Dated this 22nd day of April, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2